IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN F. LASATER[1]                                                    PLAINTIFF

v.                                       NO. 12-2145

CAROLYN W. COLVIN,[2]
Acting Commissioner of the Social Security Administration            DEFENDANT

## J U D G M E N T

Now on this 30th day of July, 2013, comes on for consideration the Report and

Recommendation dated July 10, 2013, by the Honorable Erin L. Setser, United States Magistrate

Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections

being filed by the parties.  The Court has reviewed this case, and being well and sufficiently

advised, finds that the Report and Recommendation is proper and should be adopted in its

entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; affirms the

decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

---

[1]Mr. Lasater was substituted as Plaintiff by Order dated February 15, 2013, upon the filing of the Suggestion of
Death of Linda K. Lasater, on September 13, 2012. (Docs. 7, 10).

[2]Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as
Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

AO72A
(Rev. 8/82)